**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

LASHAUN DENISE ADAMS                                                                        PLAINTIFF

v.                                      No. 4:14CV00687-JLH-JTR

CAROLYN W. COLVIN, Acting Commissioner,
SOCIAL SECURITY ADMINISTRATION                                                DEFENDANT

## ORDER

The Court has received the Recommended Disposition from United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court finds that the and Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety. Therefore, the decision of the Acting Commissioner of the Social Security Administration to deny disability benefits to LaShaun Denise Adams is affirmed. The complaint in this action is dismissed with prejudice.

IT IS SO ORDERED this 16th day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE