**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LASHAUN DENISE ADAMS                                                  PLAINTIFF

v.                            No. 4:14CV00687-JLH-JTR

CAROLYN W. COLVIN, Acting Commissioner,
SOCIAL SECURITY ADMINISTRATION                              DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered separately today, the decision of the Acting Commissioner of the Social Security Administration to deny disability benefits to LaShaun Denise Adams is affirmed. The complaint in this action is dismissed with prejudice.

IT IS SO ORDERED this 16th day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE